IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE LEE,

    Plaintiff,

v.                                          Civil Action No. **3:07CV278**

**WESTERN TIDEWATER**
**REGIONAL JAIL,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 25, 2007, the Court conditionally docketed Lee's action. On June 18, 2007, the May 25, 2007 Memorandum Order was returned to the Court by the United States Postal Service. Lee's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Lee.

                                                          /s/
                                            Robert E. Payne
                                            Senior United States District Judge

Date: July 9, 2007
Richmond, Virginia